NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


COREY BOONE, DOC #139748,      )
                               )
            Appellant,         )
                               )
v.                             )      Case No. 2D18-746
                               )
STATE OF FLORIDA,              )
                               )
            Appellee.          )
_____)

Opinion filed November 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.

Corey Boone, pro se.


PER CURIAM.


        Affirmed.


CASANUEVA, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.